Certificate Number: 12433-PAE-DE-037409739

Bankruptcy Case Number: 23-10933



12433-PAE-DE-037409739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2023, at 8:29 o'clock PM EDT, Bradley Eugene Stepp completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 8, 2023

By:   /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher