UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Bradley Eugene Stepp<br><br><br>                 Debtor | Chapter 13<br>Bankruptcy No.23-10933-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 2nd day of August, 2023, by first class mail upon those listed below:

Bradley Eugene Stepp
15 South 4th Street
Coplay, PA  18037

**Electronically via CM/ECF System Only:**

VINCENT RUBINO ESQ
NEWMAN WILLIAMS MISHKIN
712 MONROE STREET PO BOX 511
STROUDSBURG, PA  18360-0511

                                                              */s/ Kristen Gliem*
                                                              Kristen Gliem
                                                              for
                                                              Scott F. Waterman, Esquire
                                                              Standing Chapter 13 Trustee