| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10933-PMM

Bradley Eugene Stepp
15 South 4th Street
Coplay  PA    18037

Petition Filed Date: 03/31/2023
341 Hearing Date: 05/23/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | $484.00 | | 05/30/2023 | $484.00 | | 06/29/2023 | $484.00 | |
| 07/31/2023 | $484.00 | | | | | | | |

**Total Receipts for the Period:  $1,936.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,936.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES »» 001 | Unsecured Creditors | $3,283.03 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,202.77 | $0.00 | $0.00 |
| 3 | TD BANK NA »» 003 | Unsecured Creditors | $2,761.29 | $0.00 | $0.00 |
| 4 | DELL FINANCIAL SERVICES LP »» 004 | Unsecured Creditors | $3,453.74 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $9,160.03 | $0.00 | $0.00 |
| 6 | US BANK NA »» 006 | Unsecured Creditors | $947.59 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $2,406.12 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $3,420.98 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST FCU »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FCU »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,013.13 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $4,808.19 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $3,567.19 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $8,643.93 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE LLC »» 015 | Mortgage Arrears | $307.01 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,595.65 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10933-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,936.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $0.00 | Arrearages: | $843.00 |
| Paid to Trustee: | $174.24 | Total Plan Base: | $27,259.00 |
| Funds on Hand: | $1,761.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.