UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Bradley Eugene Stepp | : | |
| Debtor | : | Bankruptcy No. 23-10933-PMM |

**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS**

AND NOW comes Debtor, Bradley Eugene Stepp, and answers the Trustee's Motion to Dismiss as follows:

1. Admitted.

2. Admitted.

3. Denied. Debtor denies there has been unreasonable delay that is prejudicial to creditors. There is an unresolved question involving the Debtor's household size given his daughter and grandson reside in the household only part of the time. This is reflected in the amended Schedule J filed with the Court on September 5, 2023.

WHEREFORE, Debtor respectfully requests the Motion to Dismiss be denied together with such other and further relief as this court deems just and appropriate.

Respectfully Submitted,

/s/ *Robert J. Kidwell, Esquire*
Robert J. Kidwell, Esquire
712 Monroe Street
Stroudsburg, PA 18360
Attorney for Debtor

Date: November 11, 2023