IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| BRADLEY EUGENE STEPP, | : | |
| a/k/a BRADLEY E. STEPP, | : | **CASE NO. 23-10933** |
| a/k/a BRADLEY STEPP, | : | |
| Debtor(s) | : | |

PRAECIPE TO WITHDRAW EXHIBIT

TO THE CLERK:

Kindly withdraw the Exhibit – Revised Second Amended Plan, Docket #36, filed on February 05, 2024.

**DATED**: February 07, 2024

/s/ Vincent Rubino, Esq.
Vincent Rubino, Esq.
Attorney ID #49628
Attorney for Debtor