# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>BRADLEY EUGENE STEPP aka Bradley E. Stepp, aka Bradley Stepp<br>    Debtor | Case No. 23-10933-pmm |
| Lakeview Loan Servicing, LLC,<br><br>    Movant | Chapter 13 |
| vs.<br>BRADLEY EUGENE STEPP aka Bradley E. Stepp, aka Bradley Stepp<br>    And<br>TANYA L. STEPP, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Lakeview Loan Servicing, LLC (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **February 20, 2024** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

      Clerk's Office, U.S. Bankruptcy Court
      Eastern District of Pennsylvania
      The Gateway Building
      201 Penn Street, Suite 103
      Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

        Brock and Scott, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **February 27, 2024 at 10:00 AM**, in Courtroom 4th Floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office in Reading at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

February 8, 2024