## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Bradley Eugene Stepp, <br> a/k/a Bradley E. Stepp, <br> a/k/a Bradley Stepp | CASE NO.: 23-10933 |
| **Debtor** | |
| Lakeview Loan Servicing, LLC | |
| **Movant** | |
| vs. | |
| Bradley Eugene Stepp, <br> a/k/a Bradley E. Stepp, <br> a/k/a Bradley Stepp, and <br> Tanya L. Stepp, (Non-Filing Co-Debtor) <br> **Respondents** | |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Bradley Eugene Stepp, by and through his attorneys, and answers the Motion for Relief from Automatic Stay by Lakeview Loan Servicing, LLC as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. Debtor is without information sufficient to respond to this averment.
5. Denied. Debtor is without information sufficient to respond to this averment.
6. Admitted.
7. Admitted.
8. Denied. Debtor is without information sufficient to respond to this averment.
9. Denied. Debtor is without information sufficient to respond to this averment.
10. Denied. Debtor is without information sufficient to respond to this averment.

11. Denied. Debtor is without information sufficient to respond to this averment.

12. Denied. Legal conclusion to which no response is necessary.

13. Denied. Legal conclusion to which no response is necessary.

14. Admitted.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Lakeview Loan Servicing, LLC for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:  /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: February 20, 2024