**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>BRADLEY EUGENE STEPP aka Bradley E.<br>Stepp, aka Bradley Stepp<br>　　　Debtor | Case No. 23-10933-pmm |
| Lakeview Loan Servicing, LLC,<br><br>　　　Movant | Chapter 13 |
| vs.<br>BRADLEY EUGENE STEPP aka Bradley E.<br>Stepp, aka Bradley Stepp<br>　　　And<br>TANYA L. STEPP,  (NON-FILING CO-DEBTOR)<br>　　　Respondents | 11 U.S.C. §362 and §1301 |

**ORDER**

　　　**AND NOW**, this 20th day of March _____,  2024,  it  is  hereby
**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an
Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge