United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10933-pmm

Bradley Eugene Stepp     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Aug 23, 2024     Form ID: 155     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradley Eugene Stepp, 15 South 4th Street, Coplay, PA 18037-1303 |
| 14769931 | + | ComenityBank/Comenity Card, 3075 Loyalty Circle, PO Box 182789, Columbus, OH 43218-2789 |
| 14769933 | + | Dell Finl Svcs/WebBank, PO Box 81607, Austin, TX 78708-1607 |
| 14769940 | | Pennsylvania SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14769941 | + | Samsung All Goods, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14769944 | + | Tanya Stepp, 15 South 4th Street, Coplay, PA 18037-1303 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14769926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:30 | AMEX/CitiBank, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14769925 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 23 2024 23:50:24 | Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 14769927 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 23:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14769928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14774199 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:22 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14769930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:30 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14769932 | | Email/Text: dylan.succa@commercialacceptance.net | Aug 23 2024 23:44:00 | Commercial Acceptance Co., 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14775513 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:23 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14769934 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2024 23:50:37 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14775531 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 23 2024 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14769935 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 23 2024 23:43:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14769936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:30 | L.L. Bean Mastercard/ CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14783476 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 23-10933-pmm   Doc 62   Filed 08/25/24   Entered 08/26/24 00:32:43   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 155 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14772303 | ^ | MEBN | Aug 23 2024 23:42:05 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14824778 | + | Email/Text: EBN@brockandscott.com | Aug 23 2024 23:44:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14788799 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14769937 | | Email/Text: Unger@Members1st.org | Aug 23 2024 23:44:00 | Members 1st FCU, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14782419 | + | Email/Text: Unger@Members1st.org | Aug 23 2024 23:44:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14769938 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Mr Cooper / Lakeview, PO Box 60516, City of Industry, CA 91716-0516 |
| 14824779 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14769939 | | Email/Text: bankruptcies@penncredit.com | Aug 23 2024 23:44:00 | PennCredit Corporation, P.O Box 69703, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14788986 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2024 23:50:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14787273 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14769942 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 23:50:23 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14769943 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2024 23:50:23 | SYNCB/PayPal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14769945 | ^ | MEBN | Aug 23 2024 23:42:12 | TD Bank N.A., TD Bank USBC, PO Box 1448, Greenville, SC 29602-1448 |
| 14775190 | ^ | MEBN | Aug 23 2024 23:42:15 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14773117 | + | Email/Text: tdebn@credbankserv.com | Aug 23 2024 23:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14769946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 23:50:24 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14780142 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 23 2024 23:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14769947 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 23 2024 23:44:00 | US Bank, CB Disputes, PO Box 108, Saint Louis, MO 63166 |
| 14781534 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 23:50:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14769948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 23 2024 23:50:23 | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**   **Name and Address**

14769929         *+         Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Bradley Eugene Stepp rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Bradley Eugene Stepp vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Bradley Eugene Stepp  
   aka Bradley E. Stepp  
   aka Bradley Stepp  

   Debtor(s).

Case No. 23−10933−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 22, 2024

For The Court

Patricia M. Mayer  
Judge, United States Bankruptcy Court