| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-10933-PMM

| | |
|---|---|
| Bradley Eugene Stepp | Petition Filed Date: 03/31/2023 |
| 15 South 4th Street | 341 Hearing Date: 05/23/2023 |
| Coplay  PA    18037 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $765.00 | | 09/29/2023 | $765.00 | | 10/30/2023 | $765.00 | |
| 11/30/2023 | $765.00 | | 01/02/2024 | $765.00 | | 01/29/2024 | $765.00 | |
| 02/29/2024 | $765.00 | | 04/01/2024 | $765.00 | | 04/29/2024 | $765.00 | |
| 05/30/2024 | $765.00 | | 07/01/2024 | $765.00 | | 07/29/2024 | $765.00 | |

**Total Receipts for the Period: $9,180.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,959.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES »» 001 | Unsecured Creditors | $3,283.03 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,202.77 | $0.00 | $0.00 |
| 3 | TD BANK NA »» 003 | Unsecured Creditors | $2,761.29 | $0.00 | $0.00 |
| 4 | DELL FINANCIAL SERVICES LP »» 004 | Unsecured Creditors | $3,453.74 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $9,160.03 | $0.00 | $0.00 |
| 6 | US BANK NA »» 006 | Unsecured Creditors | $947.59 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA »» 007 | Unsecured Creditors | $2,406.12 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $3,420.98 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST FCU »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FCU »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,013.13 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $4,808.19 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $3,567.19 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $8,643.93 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE LLC »» 015 | Mortgage Arrears | $307.01 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10933-PMM**

| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,595.65 | $0.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,650.00 | $0.00 | $4,650.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,959.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,161.24 | Total Plan Base: | $36,439.00 |
| Funds on Hand: | $10,797.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.