| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-10933-PMM

| | |
|---|---|
| Bradley Eugene Stepp | Petition Filed Date: 03/31/2023 |
| 15 South 4th Street | 341 Hearing Date: 05/23/2023 |
| Coplay  PA  18037 | Confirmation Date: 08/22/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $843.00 | | 08/29/2024 | $765.00 | | 09/30/2024 | $765.00 | |
| 10/29/2024 | $765.00 | | 12/03/2024 | $765.00 | | 01/02/2025 | $765.00 | |
| 01/29/2025 | $765.00 | | 03/03/2025 | $765.00 | | 03/31/2025 | $765.00 | |
| 04/29/2025 | $765.00 | | 06/02/2025 | $765.00 | | 06/30/2025 | $765.00 | |
| 07/29/2025 | $765.00 | | | | | | | |

**Total Receipts for the Period: $10,023.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,139.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES<br>»» 001 | Unsecured Creditors | $3,283.03 | $992.38 | $2,290.65 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,202.77 | $665.81 | $1,536.96 |
| 3 | TD BANK NA<br>»» 003 | Unsecured Creditors | $2,761.29 | $834.66 | $1,926.63 |
| 4 | DELL FINANCIAL SERVICES LP<br>»» 004 | Unsecured Creditors | $3,453.74 | $1,043.97 | $2,409.77 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $9,160.03 | $2,768.82 | $6,391.21 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $947.59 | $271.94 | $675.65 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $2,406.12 | $727.28 | $1,678.84 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $3,420.98 | $1,034.08 | $2,386.90 |
| 9 | MEMBERS 1ST FCU<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,013.13 | $306.24 | $706.89 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,808.19 | $1,453.35 | $3,354.84 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $3,567.19 | $1,078.23 | $2,488.96 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $8,643.93 | $2,612.80 | $6,031.13 |

**Chapter 13 Case No. 23-10933-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | NATIONSTAR MORTGAGE LLC<br>»»  015 | Mortgage Arrears | $307.01 | $307.01 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $1,595.65 | $482.31 | $1,113.34 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 17 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AMEX/CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMMERCIAL ACCEPTANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | LL BEAN MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,139.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $19,228.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,895.63 | Total Plan Base: | $36,439.00 |
| Funds on Hand: | $14.49 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.