Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Bradley Eugene Stepp
15 South 4th Street
Coplay, PA 18037

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10933-PMM**

Petition Filed Date: 03/31/2023
341 Hearing Date: 05/23/2023
Confirmation Date: 08/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $765.00 | | 09/29/2025 | $765.00 | | 10/29/2025 | $765.00 | |
| 12/02/2025 | $765.00 | | 12/30/2025 | $765.00 | | 01/29/2026 | $765.00 | |
| 03/02/2026 | $765.00 | | 03/30/2026 | $765.00 | | 04/29/2026 | $765.00 | |
| 06/01/2026 | $765.00 | | 06/29/2026 | $765.00 | | 07/29/2026 | $765.00 | |

**Total Receipts for the Period: $9,180.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,319.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD RETAIL CREDIT SERVICES<br>»» 001 | Unsecured Creditors | $3,283.03 | $1,583.30 | $1,699.73 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,202.77 | $1,062.29 | $1,140.48 |
| 3 | TD BANK NA<br>»» 003 | Unsecured Creditors | $2,761.29 | $1,331.64 | $1,429.65 |
| 4 | DELL FINANCIAL SERVICES LP<br>»» 004 | Unsecured Creditors | $3,453.74 | $1,665.63 | $1,788.11 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $9,160.03 | $4,417.50 | $4,742.53 |
| 6 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>»» 006 | Unsecured Creditors | $947.59 | $442.85 | $504.74 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 007 | Unsecured Creditors | $2,406.12 | $1,160.38 | $1,245.74 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $3,420.98 | $1,649.83 | $1,771.15 |
| 9 | MEMBERS 1ST FCU<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FCU<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,013.13 | $488.61 | $524.52 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,808.19 | $2,318.73 | $2,489.46 |

**Chapter 13 Case No. 23-10933-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $3,567.19 | $1,720.25 | $1,846.94 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $8,643.93 | $4,168.58 | $4,475.35 |
| 15 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 015 | Mortgage Arrears | $307.01 | $307.01 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,595.65 | $769.53 | $826.12 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 17 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AMEX/CITIBANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMMERCIAL ACCEPTANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | LL BEAN MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,319.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $27,736.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,568.73 | Total Plan Base: | $36,439.00 |
| Funds on Hand: | $14.14 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.